UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS, | CASE NO.   1:09-cv-01733-AWI-MJS (PC) |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS |
| v. | (ECF No. 16) |
| T. LLOREN, et al., | |
| Defendants. | |
| _____/ | |

On December 17, 2010, Plaintiff Kevin E. Fields, a state prisoner proceeding pro se and in forma pauperis, filed his First Amended Complaint. (ECF No. 10.) The Court screened Plaintiff's amended complaint and issued Findings and Recommendations on September 13, 2011, recommending that Plaintiff's claims be dismissed with prejudice for failure to state a claim. (ECF No. 13.)

Plaintiff objected to the Court's recommendation on November 9, 2011. (ECF No. 16.)  Upon further consideration of the matter in light of points raised in Plaintiff's

1

1 objections, the Court finds that the said findings and Recommendation should be vacated.

Accordingly, the Findings and Recommendations are HEREBY VACATED.

IT IS SO ORDERED.

Dated:     December 20, 2011          /s/ *Michael J. Seng*
ci4d6                           UNITED STATES MAGISTRATE JUDGE