1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11

| | | |
|---|---|---|
| KEVIN E. FIELDS, | | CASE NO.   1:09-cv-01733-AWI-MJS (PC) |
| | Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS |
| v. | | (ECF No. 16) |
| T. LLOREN, et al., | | |
| | Defendants. | |

17

_____/

18

19    On December 17, 2010, Plaintiff Kevin E. Fields, a state prisoner proceeding pro

20  se and in forma pauperis, filed his First Amended Complaint.  (ECF No. 10.)  The Court

21  screened Plaintiff's amended complaint and issued Findings and Recommendations on

22  September 13, 2011, recommending that Plaintiff's claims be dismissed with prejudice for

23  failure to state a claim.  (ECF No. 13.)

24    Plaintiff objected to the Court's recommendation on November 9, 2011.  (ECF No.

25  16.)   Upon further consideration of the matter in light of points raised in Plaintiff's

26

27

1

objections, the Court finds that the said findings and Recommendation should be vacated.

Accordingly, the Findings and Recommendations are HEREBY VACATED.


IT IS SO ORDERED.


Dated:      December 20, 2011                    /s/ *Michael J. Seng*

ci4d6                                                   UNITED STATES MAGISTRATE JUDGE