UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN E. FIELDS,<br><br>         Plaintiff,<br><br>    v.<br><br>T. LLOREN, et al.,<br><br>         Defendants. | CASE No. 1:09-cv-01733-AWI-MJS<br><br>ORDER CLARIFYING PLAINTIFF'S DEADLINE TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF NOS. 60 and 62)<br><br>OBJECTIONS TO FINDINGS AND RECOMMENDATIONS, IF ANY, DUE NO LATER THAN AUGUST 9, 2014 |

Plaintiff Kevin E. Fields is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On June 11, 2014, Plaintiff requested a third[1] extension of time to file objections to the findings and recommendations issued March 4, 2014. (ECF No. 59.)  The Court granted Plaintiff's request on June 17, 2014. (ECF No. 60.) Plaintiff filed a fourth[2] request for additional time to file objections on July 3, 2014. (ECF No. 61.)

On July 9, 2014, the Clerk of the Court reported that the June 17, 2014 order (ECF No. 60) granting Plaintiff a thirty day extension of time was inadvertently sent to another person.  Plaintiff did not receive the Court's June 17, 2014 order (ECF No. 60)

---

[1] Plaintiff called the filing a fourth motion for an extension. Court records show that it was his third.
[2] Plaintiff called this filing his fifth motion for an extension. Court records show that it was his fourth.

1

that set July 21, 2014 as the deadline to object to the findings and recommendations.

The Clerk of the Court remailed that order (ECF No. 60) to Plaintiff on July 9, 2014 and reset his thirty day extension of time.  On July 9, 2014, the Court, unaware that Plaintiff had not received its prior order granting an extension of time or that a new deadline had been set, signed an order denying Plaintiff's fourth extension of time request.  (ECF No. 62.)  This confusion has resulted in conflicting deadlines for Plaintiff to file his objections, August 9, 2014 and July 21, 2014.

Accordingly, it is HEREBY ORDERED that:

Plaintiff shall file any objections to the Court's March 4, 2014 findings and recommendations no later than August 9, 2014.  No further extensions of time will be granted.

IT IS SO ORDERED.

Dated:   July 11, 2014                        /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE